UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                            CASE NO.: 01-02319-5-ATS

MIDWAY AIRLINES CORPORATION            CHAPTER 7

DEBTOR(S)

## REPORT OF UNCLAIMED FUNDS UNDER BANKRUPTCY RULE 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim No. | Name and Last Known Address of Claimant | Amount of Dividend |
|---|---|---|
| Ch 7 Adm Claim | Accounting Solutions, Inc.<br>222 West Las Colinas Boulevard<br>Suite 1250 East<br>Irving, Texas  75039 | $57.79 |

DATED: December 30, 2009

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252)  937-2200

Attachment:  1 Check

cc:  Bankruptcy Administrator